IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LINDA K. LEONARD,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of
Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 06-cv-207-bbc

    This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that plaintiff Linda K. Leonard's application for an award of attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412 is GRANTED. Plaintiff's attorney, Frederick Daley, is awarded attorney fees and costs in the amount of $20,373.08.

_____
Joel W. Turner, Acting Clerk of Court

JUL 2 2 2008
Date